Ramon M. del Campo
**Name**

999 W. Amherst, Las Cruces
New Mexico 88005
**Address**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2020 JUN 29  PM 2: 02

CLERK-LAS CRUCES

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Ramon M. del Campo , Plaintiff
(Full Name)

v.

Comunity of Hope , Defendant(s)
Executive Dir.
Nicole Marthner

CASE NO. 20CV639 CEG
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A.    JURISDICTION

1) Ramon M. del Campo , is a citizen of New Mexico
   (Plaintiff)                                    ( State )
   who presently resides at 999 W. Amherst St. Las Cruces New
   (Mailing address or place of confinement)
   Mexico 88005

2) Defendant Community of Hope is a citizen of
   (Name of first defendant)
   Las Cruces New Mexico , and is employed as
   (City, State)
   _____ . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐    No ☑    If your answer is "Yes", briefly explain:

3) Defendant _Comunity of Hope_____ is a citizen of
        (Name of second defendant)

_Las Cruces, NEW MEXICO_____ , and is employed as
        (City, State)

_____ · At the time the claim(s)
        ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐    No ☑    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case. please see Ramon M. del Grupo Vs. City of Las Cruces police Department. And attached form

# C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

B)(1)  Count II:

(2)  Supporting Facts:

XE-2 2/78                                    -3-

C)(1)  Count III:

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐    No ☑    If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

　　a)  Parties to previous lawsuit.

　　　　Plaintiffs: _____

　　　　Defendants: _____

　　b)  Name of court and docket number:

　　c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

　　d)  Issues raised: _____

XE-2   2/78                           — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☑  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: *200 million Dollars, In 10 yr payment Due Due To the Virus.*

_____          *Ramon M. lel langs*
Signature of Attorney (if any)          Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                                    - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 2020.
                        (Location)                    (Date)

_____
(Signature)

XE-2  2/78                        - 6 -

Com Cumunity of Hope for at least 2 months, mainly the months of May and June, several young ladies whom also are involved in the cases filed simotanuosly; city of Las Cruces, state of New Mexico, United States Department of Justice, Doña Ana County Detation Center. Please view the cause number of Ramon M. del Campo vs. city of Las Cruces police Department, in order to obtain the common factor of association.